UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ZIMRAN MICHAEL, A99-756-584,

                            Petitioner,

                                                                   DECISION AND ORDER

                                                                     07-CV-6440L

                v.

CHARLES MULE, Facilities Director,
Buffalo Federal Detention Facility;
DAVID VENTURELLA, Director, Post-Order
Detention Unit, Bureau of Immigration
and Customs Enforcement; WILLIAM CLEARY,
District Director DRO Field Office;
ALBERTO GONZALES, Attorney General of the
United States,

                            Respondents.
_____

By notice of motion filed February 5, 2008 (Dkt. #9), respondents moved to dismiss this petition, which had been filed pursuant to 28 U.S.C. § 2241, on the grounds that the petition is now moot. Based on the affidavit of Assistant United States Attorney Gail Y. Mitchell, I agree with respondents that the petition is indeed moot because petitioner has obtained the relief that he sought, that is, release from administrative custody pending his deportation. Based on that administrative decision releasing petitioner, the petition is moot and is therefore dismissed.

CONCLUSION

The petition of Zimran Michael for relief under 28 U.S.C. § 2241 is dismissed.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
February 7, 2008.